IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICIA J. COOK, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF ALFRED B.
COOK, III, AND MARJORIE
ANN DRUMM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-574

v.

FERNANDINA SEAFOOD
COMPANY, A FLORIDA
CORPORATION,

Appellee.

_____/

Opinion filed January 6, 2016.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Michael S. Mullin, Amelia Island, and Cristine M. Russell and Timothy Hedrick, Jacksonville, of Rogers Towers, P.A., for Appellant.

Harlan L. Paul of Paul, Elkind & Branz, P.A., Deland, for Appellee.

PER CURIAM.

AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.